B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Minnesota | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Geneva Management Services, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):
unknown

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>90 S 7th Str 3750 Wells Fargo Ctr<br>Minneapolis, MN<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Hennepin<br>ZIP CODE 55402 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br>ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
     or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2       Name of Debtor   Geneva Management

Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ [signature] Manager | x /e/ John R. McDonald  05/14/2010 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| Geneva OSWX XIV, LLC                    05/14/2010 | Briggs and Morgan, PA |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Eugene Fischer, Mgr. 6300 Sunshine Canyon Dr Boulder, CO 80302 | 80 South 8th Street, Mpls MN 55402  Address  (612) 977-8400  Telephone No. |

| x_____ | x /e/ John R. McDonald  05/14/2010 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| Geneva OSWX XVIII, LLC                    05/14/2010 | Briggs and Morgan, PA |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Michael Moore, Mgr. 235 Via Bouita Alamo, CA 94507 | 80 South 8th Street, Mpls MN 55402  Address  (612) 977-8400  Telephone No. |

| x_____ | x /e/ John R. McDonald  05/14/2010 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
| Geneva OSWX XXII, LLC                    05/14/2010 | Briggs and Morgan, PA |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Craig Larmon, Mgr. 12233 W. Pioneer Blvd. Denton, NE 68339 | 80 South 8th Street, Mpls MN 55402  Address  (612) 977-8400  Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Geneva OSWX XIV, LLC, Eugene Fischer, Manager | business debt | 100,940.10 |
| Geneva OSWX XVIII, LLC, Michael Moore, Manager | business debt | 264,270.81 |
| Geneva OSWX XXII, LLC, Craig Larmon, Manager | business debt | 379,563.29 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 744,774.20 |

__3__ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor __Geneva Management__

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ | x /e/ John R. McDonald            05/14/2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                            Date |
| Geneva OSWX XIV, LLC        05/14/2010 | Briggs and Morgan, PA |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
|  | 80 South 8th Street, Mpls MN 55402 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Eugene Fischer, Mgr. | (612) 977-8400 |
| 6300 Sunshine Canyon Dr | Telephone No. |
| Boulder, CO  80302 | |

| x /s/ Michael Moore Mgr | x /e/ John R. McDonald            05/14/2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                            Date |
| Geneva OSWX XVIII, LLC      05/14/2010 | Briggs and Morgan, PA |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
|  | 80 South 8th Street, Mpls MN 55402 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Michael Moore, Mgr. | (612) 977-8400 |
| 235 Via Bouita | Telephone No. |
| Alamo, CA  94507 | |

| x _____ | x /e/ John R. McDonald            05/14/2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                            Date |
| Geneva OSWX XXII, LLC       05/14/2010 | Briggs and Morgan, PA |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
|  | 80 South 8th Street, Mpls MN 55402 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Craig Larmon, Mgr. | (612) 977-8400 |
| 12233 W. Pioneer Blvd. | Telephone No. |
| Denton, NE  68339 | |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Geneva OSWX XIV, LLC, Eugene Fischer, Manager | business debt | 100,940.10 |
| Geneva OSWX XVIII, LLC, Michael Moore, Manager | business debt | 264,270.81 |
| Geneva OSWX XXII, LLC, Craig Larmon, Manager | business debt | 379,563.29 |
| | Total Amount of Petitioners' Claims | 744,774.20 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

__3__ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor  Geneva Management

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____
Signature of Petitioner or Representative (State title)
Geneva OSWX XIV, LLC          05/14/2010
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Eugene Fischer, Mgr.
6300 Sunshine Canyon Dr
Boulder, CO 80302

x /e/ John R. McDonald          05/14/2010
Signature of Attorney            Date
Briggs and Morgan, PA
Name of Attorney Firm (If any)
80 South 8th Street, Mpls MN 55402
Address
(612) 977-8400
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Geneva OSWX XVIII, LLC         05/14/2010
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Michael Moore, Mgr.
235 Via Bouita
Alamo, CA 94507

x /e/ John R. McDonald          05/14/2010
Signature of Attorney            Date
Briggs and Morgan, PA
Name of Attorney Firm (If any)
80 South 8th Street, Mpls MN 55402
Address
(612) 977-8400
Telephone No.

x /s/ Craig Larmon, MANAGER
Signature of Petitioner or Representative (State title)
Geneva OSWX XXII, LLC          05/14/2010
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Craig Larmon, Mgr.
12233 W. Pioneer Blvd.
Denton, NE 68339

x /e/ John R. McDonald          05/14/2010
Signature of Attorney            Date
Briggs and Morgan, PA
Name of Attorney Firm (If any)
80 South 8th Street, Mpls MN 55402
Address
(612) 977-8400
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Geneva OSWX XIV, LLC, Eugene Fischer, Manager | business debt | 100,940.10 |
| Geneva OSWX XVIII, LLC, Michael Moore, Manager | business debt | 264,270.81 |
| Geneva OSWX XXII, LLC, Craig Larmon, Manager | business debt | 379,563.29 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims    744,774.20

_3_ continuation sheets attached

## VERIFICATION

I, Eugene Fischer, Manager of Geneva OSWX XIV, LLC, one of the petitioning creditors in this case, declare under penalty of perjury that I have read the foregoing Involuntary Petition and that it is true and correct to the best of my knowledge, information, and belief.

Date: May 14, 2010

Geneva OSWX XIV, LLC

By: _____
Eugene Fischer
Manager

## VERIFICATION

I, Michael Moore, Manager of Geneva OSWX XVIII, LLC, one of the petitioning creditors in this case, declare under penalty of perjury that I have read the foregoing Involuntary Petition and that it is true and correct to the best of my knowledge, information, and belief.

Date: May 14, 2010

Geneva OSWX XVIII, LLC

By: /s/ Michael Moore
Michael Moore
Manager

## VERIFICATION

I, Craig Larmon, Manager of Geneva OSWX XXII, LLC, one of the petitioning creditors in this case, declare under penalty of perjury that I have read the foregoing Involuntary Petition and that it is true and correct to the best of my knowledge, information, and belief.

Date: May 14, 2010

Geneva OSWX XXII, LLC

By: _____
Craig Larmon
Manager