# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

GENEVA MANAGEMENT SERVICES, LLC,

Debtor.

Bky 10-43673
Involuntary Chapter 7

## ANSWER TO INVOLUNTARY PETITION

Geneva Management Services, LLC ("GMS"), through its undersigned counsel, submits this Answer to the Involuntary Petition (the "Petition"):

1. Except as admitted below, GMS denies the allegations of the Petition.

2. GMS denies the allegations contained in paragraph 1 of the Petition. The petitioners do not hold claims against GMS and if they do hold such claims, they are subject to a bona fide dispute as to liability and amount.

3. GMS admits the allegations contained in paragraph 2 of the Petition.

4. GMS denies the allegations contained in paragraph 3 of the Petition and alleges that GMS has only two creditors both of whom are being paid as the debts come due.

**WHEREFORE,** GMS requests that the Court dismiss the Petition and award GMS its costs, disbursements and attorney fees in this matter and such further relief as the Court deems just and equitable.

Dated: June 10, 2010

RAVICH MEYER KIRKMAN
McGRATH NAUMAN & TANSEY,
A PROFESSIONAL ASSOCIATION

By   /e/ Michael L. Meyer (72527)
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-8511

ATTORNEYS FOR GENEVA
MANAGEMENT SERVICES, LLC