# United States Bankruptcy Court
## District of Minnesota

In re **GENEVA MANAGEMENT SERVICES, LLC**  
Debtor(s)

Case No. **10-43673**  
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **GENEVA MANAGEMENT SERVICES, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date: 6/10/10

MICHAEL L MEYER 72527  
Signature of Attorney or Litigant  
Counsel for **GENEVA MANAGEMENT SERVICES, LLC**  
RAVICH MEYER KIRKMAN McGRATH NAUMAN & TANSEY PA  
4545 IDS CENTER  
80 SOUTH EIGHTH STREET  
MINNEAPOLIS, MN 55402-2225  
612-332-8511 Fax:612-332-8302  
mlmeyer@ravichmeyer.com