**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Involuntary Case No. BKY 10-43673 |
| Geneva Management Services, LLC, | Chapter 7 |
| Debtor. | |

**JOINT STIPULATION TO RESCHEDULE TRIAL DATE**

WHEREAS, the Court issued its Order for Trial in the above-captioned action on June 11, 2010;

WHEREAS, the Order for Trial established a trial date of August 20, 2010 and a deadline of August 6, 2010 for the Parties to confer and enter into stipulations as to (i) the waiver of objections to the admissibility of exhibits, (ii) the waiver of objections to the admissibility of depositions, and (iii) facts which are not disputed;

WHEREAS, the Parties jointly stipulate and agree that an extension of the trial date is necessary in order to accommodate schedules as well as discovery;

WHEREAS, the Parties jointly stipulate and agree that it would be appropriate and in the best interests of the Parties and the Court to reschedule the trial date for October 8, 2010; and

WHEREAS, the Parties jointly stipulate and agree that it would be appropriate and in the best interests of the Parties and the Court to extend the deadline for the Parties to confer and enter into stipulations as to (i) the waiver of objections to the admissibility of exhibits, (ii) the waiver of objections to the admissibility of depositions, and (iii) facts which are not disputed to September 17, 2010.

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1.    The Parties request that the Court reschedule the trial date for October 8, 2010 and extend the deadline for the Parties to confer and enter into stipulations as to (i) the waiver of objections to the admissibility of exhibits, (ii) the waiver of objections to the admissibility of depositions, and (iii) facts which are not disputed to September 17, 2010.

2.    The Parties hereby stipulate and agree that all other terms and conditions of the Order for Trial shall remain in effect.

**AGREED AND STIPULATED TO:**

Dated: _____7/9/10_____

**BRIGGS AND MORGAN, P.A.**

By: _____
    John R. McDonald, Esq.
Briggs and Morgan P.A.
2200 IDS Center
80 South 8th St.
Minneapolis, MN 55402
612.977.8400
jmcdonald@briggs.com

**Counsel for Petitioning Creditors Geneva OSWX XIV, LLC, Geneva OSWX XVIII, LLC and Geneva OSWX XXII, LLC**

Dated: _____7/9/10_____

**RAVICH, MEYER, KIRKMAN, MCGRATH & NAUMAN**

By: _____
    Michael L. Meyer, Esq.
Ravich, Meyer, Kirkman, McGrath & Nauman
4545 IDS Center
80 South 8th St.
Minneapolis, MN 55402
612.332.8511
mlmeyer@ravichmeyer.com

**Counsel for Debtor Geneva Management Services, LLC**

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Involuntary Case No. BKY 10-43673 |
| Geneva Management Services, LLC, | Chapter 7 |
| Debtor. | |

## ORDER

This case came before the Honorable Robert J. Kressel, United States Bankruptcy Judge, via stipulation between the petitioning creditors and the debtor by and through their respective counsel. Based upon the executed stipulation, and upon all files, records, and proceedings herein:

IT IS ORDERED, that the joint stipulation to reschedule trial date is approved. The trial date is rescheduled for October 8, 2010, and the deadline for the parties to confer and enter into stipulations as to (i) the waiver of objections to the admissibility of exhibits, (ii) the waiver of objections to the admissibility of depositions, and (iii) facts which are not disputed is extended to September 17, 2010. All other terms and conditions of the June 11, 2010 order for trial shall remain in effect.

Dated:

_____
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

2579164v4